## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ammons, Constance J

Printed:  1/8/08

Case Number:  05 B 44785
Judge:  Hollis, Pamela S
Filed:  10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 29, 2007
Confirmed:  December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,769.00 |  |
| Secured: |  | 14,633.48 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 929.64 |
| Other Funds: |  | 5.88 |
| Totals: | 17,769.00 | 17,769.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Resources, P C | Administrative | 2,200.00 | 2,200.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | New Age Chicago Furniture Co | Secured | 300.00 | 221.28 |
| 6. | HomeComings Financial Network | Secured | 22,392.59 | 10,968.25 |
| 7. | SN Servicing Corporation | Secured | 4,555.80 | 3,443.95 |
| 8. | Internal Revenue Service | Priority | 4,095.91 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 412.57 | 0.00 |
| 10. | New Age Chicago Furniture Co | Unsecured | 905.22 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 232.50 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 6,937.26 | 0.00 |
| 13. | Triad Financial Services | Unsecured | 12,968.44 | 0.00 |
| 14. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 15. | AR Resources | Unsecured | | No Claim Filed |
| 16. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 17. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 18. | Card Protection Association | Unsecured | | No Claim Filed |
| 19. | Envore Rec C/O Srpint PCS | Unsecured | | No Claim Filed |
| 20. | Gerneral Credit Service | Unsecured | | No Claim Filed |
| 21. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 22. | Park Dansan | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | $ 55,000.29 | $ 16,833.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ammons, Constance J                          Case Number:  05 B 44785
                                                       Judge:  Hollis, Pamela S
        Printed:  1/8/08                               Filed:  10/6/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.5% | 315.36 |
| 5% | 85.01 |
| 4.8% | 228.09 |
| 5.4% | 301.18 |
| | _____ |
| | $ 929.64 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.


Marilyn O. Marshall, Trustee, by:

